UNITED STATES of America,
Plaintiff–Appellee,

v.

James A. BUTLER, Defendant–
Appellant.

No. 02–6157.

United States Court of Appeals,
Fourth Circuit.

Submitted June 13, 2002.

Decided June 18, 2002.

James A. Butler, Appellant Pro Se. Gurney Wingate Grant, II, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

James A. Butler appeals the district court's order denying his motion for clarification. We have reviewed the record and the district court's opinion and find no

reversible error. Accordingly, we deny Butler's motion to proceed in forma pauperis and dismiss on the reasoning of the district court. *See United States v. Butler,* No. CR–91–44 (E.D.Va. Jan. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*